1  **MICHAEL COSENTINO, SBN 83253**
   **Attorney at Law**
2  **P.O. Box 129**
   **Alameda, CA 94501**
3
   **Telephone: (510) 523-4702**
4
   Attorney for the Plaintiff
5  United States of America

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        )  Case No. CV 08 114 MISC
11                                  )
                    Plaintiff,      )  **REGISTRATION OF**
12                                  )  **FOREIGN JUDGMENT**
                                    )                          SI
13                                  )
         v.                         )
14                                  )
                                    )
15                                  )
   LISA FERRIGNO,                   )
16                                  )
                    Defendant.      )
17                                  )

18      To the Clerk of the above-entitled court:

19      Please register in your records the attached Certified Copy of Judgment of the Court

20 of Common Pleas, County of Charleston, State of South entered on January 11, 2006, in

21 case number 05CP102555. Said judgment was entered in favor of Plaintiff and was

22 assigned to the United States of America on APRIL 14, 2006, by the attached original

23 Assignment of Judgment. Registration is authorized by the Health Profession Education

24 Extension Amendments of 1992, and particularly Section 707(h) (3) thereof [42 USC

25 §292f(h)(3)].

26 Dated: MAY 12, 2008
                                       _____
27                                     MICHAEL COSENTINO
                                       Attorney for Plaintiff
                                       United States of America
28

| | |
|---|---|
| State of South Carolina | IN THE COURT OF COMMON PLEAS |
| County of Charleston | CASE # 05CP102555 |
| Hica Education Loan Corporation, An agent for Student Loan Marketing Association | JUDGMENT BY DEFAULT |
| Plaintiff | |
| VS | |
| Lisa Ferringno | |
| Defendant | |

FILED 2006 JAN 13 AM 9:01 BY JULIE J. ARMSTRONG CLERK OF COURT

Based upon the facts certified to in the accompanying Certificate and it appearing that the damages sought in this action are liquidated, it is Ordered that the Plaintiff(s) have judgment against the Defendant(s) Lisa Ferringno as follows:
(a) Principal; $15,829.47
(b) Interest;
(c) Dollars as attorney's fees; $2,374.42
(d) With interest at the rate of 4.75% from 05/12/05 until paid in full.
(e) The costs and disbursements of this action.

AND IT IS SO ORDERED.

_A. L. Jefferson_
Presiding Judge

1/11, 2006

ATTEST: A TRUE COPY
JULIE J. ARMSTRONG (SEAL)
CLERK, C.P. & G.S.
By _Dorothy a. Brooks_
DEPUTY CLERK

RECEIVED APR 2006 BY SMSC BNK/LIT UNIT

## JUDGMENT

An Order for Judgment having been signed by The Honorable Judge of this Court, said Judgment shall be reflected upon the Records of The Clerk of This Court, as follows:

Amount . . . . . . . . . . . . . . . . . . . $15,829.47

Cost and Disbursements:
Clerk's Costs . . . . . . . . . . . . . . . . . $150.00
Cost of Service . . . . . . . . . . . . . . . . $15.00
Interest . . . . . . . . . . . . . . . . . . . $
Attorney Fees . . . . . . . . . . . . . . . . $2,374.42

L2488 lb



**SallieMae**
www.SallieMae.com
PO BOX 6228
INDIANAPOLIS IN 46206

(800) 251-4127

Account Number: 9927051820-1

CLRK OF CT CHARLESTON CNTY
COMMON PLEAS GEN SES
100 BROAD ST, STE106
CHARLESTON         SC   29401

Dear CLRK OF CT CHARLESTON CNTY,                    04/14/06

I, KATHLEEN M. PETERS, representing
HICA EDUCATION LOAN CORPORATION, Assignor, in consideration of the
insurance claim paid by the United States of America to
HICA EDUCATION LOAN CORPORATION, herby assign to the United States
Department of Health and Human Services, Assignee, the judgment
recovered on 01/11/06 docketed in CRT OF CMN PLEAS;CTY OF CHARLESTON,
Case No. 05CP102555,
against LISA FERRIGNO,      1345-1, in the amount of
$18,368.89, less costs and attorney fees in the amount of
$2,539.42.

Assignor authorizes the Assignee to ask, demand, receive and to sue out
executions and take all lawful ways for recovery of the money due or to
become due on this judgment.

Assignor has not done and will not do anything to hinder or prevent the
United States of America from enforcing this judgment.

The HICA EDUCATION LOAN CORPORATION address and phone number is:
3900 W TECHNOLOGY CIRCLE,  SIOUX FALLS,  SD,
57106,  (605) 361-5051.

The United States Department of Health and Human Services' address and
phone number is: 5600 Fishers Lane, Room 8B-45, Rockville, MD 20857,
301-443-1782.

I have executed this assignment at HICA EDUCATION LOAN CORPORATION,
3900 W TECHNOLOGY CIRCLE,  SIOUX FALLS,  SD,
57106, on 04/14/06.

*Kathleen m Peters*
(signature)

---

PHONE (800) 251-4127   •   FAX (800) 848-1949   •   TDD/TTY (888) 833-7562   •   24 HRS/7 DAYS

Para comunicarse en Espanol con 'Atención al Cliente',
llame gratis al 1-888-272-5543, y marque el numero correspondiente.

992705182056118098

L115    LPKMP0     4880